**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael Anthony HARMON, Jr., Defendant—Appellant.**

**No. 07–6791.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 17, 2007.

Michael Anthony Harmon, Jr., Appellant Pro Se. Dean Arthur Eichelberger, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Harmon, Jr., appeals the district court's order denying his motion "nunc pro tunc for review of sentence." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Harmon,* No. 1:00–cr–00153–CMC–1 (D.S.C. May 17, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*